PAUL N. PAPAS, SECOND, *vs.* COMMONWEALTH. June 4, 1992. *Supreme Judicial Court*, Superintendence of inferior courts.

There is no merit to this appeal because of the pendency of the same matter in the Appeals Court. Therefore, there is no relief available under G. L. c. 211, § 3 (1990 ed.). The single justice correctly denied relief in the county court.

*Appeal dismissed.*

The plaintiff, pro se, submitted a memorandum.